# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 6, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139809

In re EDEN PAUL SZALMA and
COLE WILLIAM SZALMA, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

                             SC: 139809
                             COA: 288567
                             Wayne CC Fam Div: 07-471264-NA

GEORGE SZALMA,
      Respondent-Appellant.

_____/

On order of the Court, the application for leave to appeal the July 14, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 6, 2009

Clerk

p1103